**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6598**

_____

LAWRENCE E. GRIFFIN,

Movant - Appellant,

versus

MICHELLE ELZIE, Warden,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-01-3-3)

_____

Submitted: July 26, 2001        Decided: August 2, 2001

_____

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lawrence E. Griffin, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence E. Griffin appeals the district court's order denying his petition for mandamus relief. We have reviewed the record and the district court's opinion accepting the report and recommendation of the magistrate judge and find no reversible error. Accordingly, we grant Griffin's motion to amend his pleading and affirm on the reasoning of the district court. See Griffin v. Elzie, No. CA-01-3-3 (E.D. Va. Mar. 29, 2001). We deny Griffin's motion for appointment of counsel and his motion captioned "Appellate Revised Petition Remanding Motion to Dismiss." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED